IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Lillie Johnson , | ) | |
| | ) | CIVIL ACTION NO.: 3:13-cv-00678-TLW |
| Plaintiff, | ) | |
| | ) | ORDER TO REMAND |
| vs. | ) | CASE TO CIRCUIT COURT |
| | ) | |
| The Pantry, Inc., | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court upon the motion of the parties, by and through their attorneys, James P. Walsh, attorney for the defendant, and J. David Weeks, attorney for the plaintiff, seeking an Order from this Court remanding the above-captioned case to the Court of Common Pleas in the County of Sumter, State of South Carolina, because the amount in controversy in this case is less than $75,000.00. Given the parties' representations that the amount in controversy in this case is less than $75,000.00, this Court lacks jurisdiction to hear this matter. As a result, the parties' motion is hereby GRANTED.

Now, therefore, this matter is remanded to the Court of Common Pleas, County of Sumter, State of South Carolina.

IT IS SO ORDERED.

s/ Terry L. Wooten
The Honorable Terry L. Wooten
Chief United States District Court Judge

July 30, 2013
Columbia, SC